[No. 7,602.—Department Two.]

## JOHN CARR *v.* H. F. CRANE.

CONFLICT OF PATENTS—MEXICAN CLAIM—RESERVED LAND—PACIFIC RAILROAD.

APPEAL from a judgment for the defendant in the Third District Court, County of Alameda. McKEE, J.

This case is similar to that of *Pratt* v. *Crane*, 58 Cal. 533, and was submitted on the same argument.

*Moore, Laine*, and *Leib*, for Appellants.

*H. F. Crane*, for Respondents.

The COURT:

Upon the authority of *Pratt* v. *Crane*, 58 Cal. 533, judgment affirmed.